THE STATE OF OHIO, APPELLEE, *v.* NICKEL, APPELLANT.

[Cite as *State v. Nickel,* 128 Ohio St.3d 353, 2011-Ohio-739.]

*Discretionary appeal accepted, judgment of the court of appeals vacated, and cause remanded to the court of appeals for application of State v. Johnson.*

(No. 2010-2131 — Submitted February 1, 2011 — Decided February 22, 2011.)

APPEAL from the Court of Appeals for Ottawa County, No. OT-10-004, 2010-Ohio-5510.

_____

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is vacated on the authority of *State v. Johnson*, 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061, and the cause is remanded to the court of appeals for application of our decision in *State v. Johnson*.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Mark E. Mulligan, Ottawa County Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Terrence K. Scott, Assistant Public Defender, for appellant.

_____